422 A.2d 1168

Commonwealth v. Nickol, Appellant.

Argued June 19, 1979.  Mark A. Peleak, for appellant;  Anthony Lucadamo, Assistant District Attorney, for Commonwealth, appellee.

632

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.